**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Shiraz Holdings, LLC** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-3995198 |
| 4. | Debtor's address | **Principal place of business**  **1130 Hurricane Shoals Road NE, Suite 700 Lawrenceville, GA 30043**  Number, Street, City, State & ZIP Code  **Gwinnett**  County  |  **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **920 Iris Drive Delray Beach, FL 33483**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  **Shiraz Holdings, LLC** _____  Case number (*if known*) _____
      Name

7. **Describe debtor's business**  
   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  
   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  
   ■ No.  
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**  
    ■ No  
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | _____ | | _____ | |
    | District | When | Case number, if known | |
    | _____ | _____ | _____ | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Shiraz Holdings, LLC**      Case number (*if known*) _____
      Name

**11. Why is the case filed in this district?**

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

▬ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Shiraz Holdings, LLC**                                    Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 23, 2017**
              MM / DD / YYYY

X _/s/ Jordan Satary_____        **Jordan A. Satary**
Signature of authorized representative of debtor    Printed name

Title   **Managing Member**

**18. Signature of attorney**

X   **Thomas M. Messana**                 Date   **June 23, 2017**
Signature of attorney for debtor                 MM / DD / YYYY

**Thomas M. Messana**
Printed name

**Messana, P.A.**
Firm name

**401 East Las Olas Blvd.**
**Suite 1400**
**Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone   **954-712-7400**        Email address   **tmessana@messana-law.com**

**991422**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shiraz Holdings, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 357 Hiatt Drive, LLC<br>3920 RCA Boulevard<br>Suite 2002<br>Palm Beach Gardens, FL 33410 | | | Unliquidated<br>Disputed | | | $672,370.01 |
| 360 Medical Supplies<br>815 Progress Court<br>Suite A<br>Lawrenceville, GA 30043 | | Business Loan | | | | $540,000.00 |
| Cedars Creek Office Park, LLC<br>2055 Sugerloaf Circle<br>Suite 400<br>Duluth, GA 30097 | | | | $2,548,188.37 | $0.00 | $2,548,188.37 |
| Clio Laboratories<br>1180 Beaver Ruin Road<br>Suite B<br>Norcross, GA 30093 | | Business Loan | | | | $1,025,000.00 |
| Collections:  The Dillon Law Firm, PC<br>2346 Wisteria Drive<br>Suite 220<br>Snellville, GA 30078 | | Berkley Net Workers Comp Insurance | | | | $9,321.00 |
| Dickey, John Lewis<br>2431 Quantum Blvd.<br>Boynton Beach, FL 33426 | | | Disputed | | | $908,784.00 |
| Elite Diagnostics Laboratories<br>1130 Hurricane Shoals Road NE<br>Suite 1300<br>Lawrenceville, GA 30043 | | Business Loan | | | | $100,000.00 |

Debtor **Shiraz Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Emad Deeb** 1848 Brockett Road Tucker, GA 30084 | | **Business Loan** | | | | $480,000.00 |
| **Gwinnett County Tax Commissioner** PO Box 372 Lawrenceville, GA 30046-0372 | | | | | | $75,748.69 |
| **Gwinnett County Tax Commissioner** PO Box 372 Lawrenceville, GA 30046-0372 | | | | | | $10,184.51 |
| **Gwinnett County Tax Commissioner** PO Box 372 Lawrenceville, GA 30046-0372 | | | | | | $8,143.69 |
| **Hanan Sarhan** 4158 Hog Mountain Road NE Hoschton, GA 30548 | | **Business Loan** | | | | $350,000.00 |
| **Hanane Jabar** 3636 Rosecliff Terrace Buford, GA 30519 | | **Business Loan** | | | | $200,000.00 |
| **Henry, Paul James** 4015 Dorado Drive Palm Beach Gardens, FL 33418 | | | **Disputed** | | | $908,784.00 |
| **Ortiz, Maria Ines** 5147 Beechwood Road Delray Beach, FL 33484 | | | **Disputed** | | | $1,110,736.00 |
| **Palm Beach County** PO Box 3353 West Palm Beach, FL 33402-3353 | | | | | | $35,013.39 |
| **Stanley Kraftsow Trust** 7411 Fisher Island Miami Beach, FL 33109 | | | | $500,000.00 | $0.00 | $500,000.00 |
| **Trecastagni Management South** 2614 Tamiami Trail N. 510 Naples, FL 34103 | | | | $1,500,000.00 | $0.00 | $1,500,000.00 |

Debtor **Shiraz Holdings, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United States Treasury Internal Revenue Service Cincinnati, OH 45999-0039** | | | | | | **$20,019.06** |
| **United States Treasury Internal Revenue Service Cincinnati, OH 45999-0039** | | | | | | **$35,203.27** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Shiraz Holdings, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 23, 2017       X  /s/ Jordan A. Satary
                                      Signature of individual signing on behalf of debtor

                                      Jordan A. Satary
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

357 Hiatt Drive, LLC
3920 RCA Boulevard
Suite 2002
Palm Beach Gardens, FL 33410


360 Medical Supplies
815 Progress Court
Suite A
Lawrenceville, GA 30043


Advanced Disposal
Atlanta South 06
PO Box 743019
Atlanta, GA 30374


American Arbitration Association
100 SE 2nd Street
Suite 2300
Miami, FL 33131


Backflow Testing Inc.
3009 Mt Paran Church Road
Monroe, GA 30655


Cedars Creek Office Park, LLC
2055 Sugerloaf Circle
Suite 400
Duluth, GA 30097


Cleaning Company of America
505 South Flagler Drive
Suite 1003
West Palm Beach, FL 33401


Clio Laboratories
1180 Beaver Ruin Road
Suite B
Norcross, GA 30093


Collections: Tenaglia & Hunt, P.A.
Lockbox 2431
PO Box 8500
Philadelphia, PA 19178

```
Collections:  The Dillon Law Firm, PC
2346 Wisteria Drive
Suite 220
Snellville, GA 30078


Confirmatrix Laboratories
1770 Cedars Road SE
Suite 200
Lawrenceville, GA 30045


Conserve Heating & Cooling
PO Box 969
Loganville, GA 30052


Corporate Creations Intl Inc
11280 Prosperity Farms Rd #2221E
Palm Beach Gardens, FL 33410


Dickey, John Lewis
2431 Quantum Blvd.
Boynton Beach, FL 33426


Elite Diagnostics Laboratories
1130 Hurricane Shoals Road NE
Suite 1300
Lawrenceville, GA 30043


Emad Deeb
1848 Brockett Road
Tucker, GA 30084


Georgia Department of Revenue
Gwinnett County
PO Box 829
Lawrenceville, GA 30046-0826


Green Sight Lawn Service
PO Box 939
Boynton Beach, FL 33425


Gwinnett County Dept of Water
PO Box 530575
Atlanta, GA 30353-0575
```

Gwinnett County Tax Commissioner
PO Box 372
Lawrenceville, GA 30046-0372


Gwinnett Progress Center
c/o TPA Group
3350 Riverwood Parkway
STR 750
Atlanta, GA 30339


Hanan Sarhan
4158 Hog Mountain Road NE
Hoschton, GA 30548


Hanane Jabar
3636 Rosecliff Terrace
Buford, GA 30519


Henry, Paul James
4015 Dorado Drive
Palm Beach Gardens, FL 33418


Jackson EMC
PO Box 100
Jefferson, GA 30550


Jeremy Slusher, Esq.
324 Datura St.
Suite 324
West Palm Beach, FL 33401


Mistershield Pest Control Mgmt
2582 Marcia Drive
Lawrenceville, GA 30044


Northwest Exterminating Company, Inc.
2870 Sugarloaf Parkway
Lawrenceville, GA 30045


Ortiz, Maria Ines
5147 Beechwood Road
Delray Beach, FL 33484

Palm Beach County  
PO Box 3353  
West Palm Beach, FL 33402-3353  

Penn Credit  
916 South 14th Street  
PO Box 988  
Harrisburg, PA 17108  

Peter Lindely Trust Account  
1200 North Federal Highway  
Suite 200  
Boca Raton, FL 33432  

Receivables Performance Mgmt LLC  
20816 44th Avenue West  
Lynnwood, WA 98036  

Stanley Kraftsow Trust  
7411 Fisher Island  
Miami Beach, FL 33109  

Trecastagni Management South  
2614 Tamiami Trail N. 510  
Naples, FL 34103  

United States Treasury  
Internal Revenue Service  
Cincinnati, OH 45999-0039  

Windham Professionals Inc.  
382 Main Street  
Salem, NH 03079

# United States Bankruptcy Court
## Southern District of Florida

In re   Shiraz Holdings, LLC                                         Case No.
                              Debtor(s)                              Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 23, 2017

Jordan A. Satary/Managing Member
Signer/Title